UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JACQUELINE ELLISON,** | } |
| Plaintiff, | } |
| v. | } Case No.: 1:22-cv-129-RDP |
| **LAKELAND INDUSTRIES, INC.,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 20), filed August 11, 2022, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this August 11, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE